UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY JOSLIN,<br><br>        Plaintiff,<br><br>   v.<br><br>STERLING INFOSYSTEMS, INC.,<br><br>        Defendants. | Case No. 5:16-cv-951-JGB (DTBx)<br><br>**ORDER TO DISMISS CASE IN ITS ENTIRETY WITH PREJUDICE**<br><br>Trial Date: None Set<br>Date Action Filed:   May 26, 2016 |

///

///

///

1 | Pursuant to the Parties' Joint Stipulation of Dismissal With Prejudice filed on October 19, 2016, and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE.

Each party shall bear its own fees and costs.

Dated: November 7, 2016

By: *[signature]*
Honorable Jesus G. Bernal
United States District Judge